No. 72–6476. HAGANS ET AL. *v.* LAVINE, COMMISSIONER, NEW YORK DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–6520. LAU ET AL. *v.* NICHOLS ET AL. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–1163. BITHONEY ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1166. WRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–1179. KANAREK *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–1182. GAUS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–1198. AN ARTICLE OF DRUG . . . "BENTEX ULCERINE" *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1235. WHITMAN CENTER, INC. *v.* GULF OIL CORP. C. A. 9th Cir. Certiorari denied.

No. 72–1285. STANDARD OIL CO., INC., ET AL. *v.* WRIGHT ET UX. C. A. 5th Cir. Certiorari denied.